**E-FILED**
Friday, 12 March, 2010  03:26:24 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

## SUMMARY OF DISTRIBUTION OF SETTLEMENT PROCEEDS

3M has agreed to make payment on March 26, 2010.

Interest was calculated as follows:

$4.95m X 2.5% =$123,750 annually divided by 365 days = $339.04 interest per day.

Interest started to accrue on 12/3/09 and will end on 3/25/10.

113 days x 339.04 = $38,311.52 total interest

|  |  |
|---|---|
| $4,950,000.00 | |
| +38,311.50 | |
| **$4,988,311.50** | **Total payment from 3M** |

1/3 of $4,988,311.52 = $1,662,770.50 Attorneys' fees

|  |  |
|---|---|
| $4,988,311.50 | |
| -1,662,770.50 | |
| **$3,325,541.00** | **Subtotal less fees** |

Revised Statement of Costs and Expenses (Attached hereto as Exhibits

- Law Offices of Colleen McLaughlin          $19,155.41
- Robin Potter & Associates                       5,950.69
- Administar (now Kurtzman Carson Consultants LLC)      9,564.80

**Subtotal** $34,670.90

| | | |
|---|---|---|
| $3,325,541.00 | | Subtotal less fees |
| - | 34,670.90 | less costs and expenses |
| - | 105,000.00 | less class representative stipends |
| - | 400,000.00 | less payment to scholarship fund |
| **$2,785,870.10** | | **TOTAL TO BE DISBURSED TO CLASS** |

| Employees | Person ID | Sum of damage calc |
|---|---|---|
| ADAMS,STEPHENIE L | 01332192 | $537.50 |
| AEILTS,TIMOTHY D | 01332217 | 6408.197292 |
| AGNEW,TERRY LEON | 01067726 | 2410.35273 |
| ALBER,ERIC M | 01338503 | 11612.86284 |
| ALLRED,MARY J | 01338501 | $127.50 |
| ALLSHOUSE,DONALD B | 01043026 | $458.93 |
| ALLSHOUSE,SHAWN A | 01332223 | $29.64 |
| ALM,JUDITH M | 01332233 | 14976.59491 |
| ANGEL,GARY D | 01310074 | 7360.001923 |
| BAILEY,CORRY A | 01130670 | 2137.071149 |
| BARRETTE,JOHN D | 01236215 | 4905.505487 |
| BARTELS,JANINE M | 01089526 | 49.98932715 |
| BAUER,ROBERT JAMES | 01240185 | $460.71 |
| BIELEMA,ALAN EUGENE | 01112374 | 3595.787892 |
| BIGWOOD,CHARLES W | 01114020 | 4595.499829 |
| BIGWOOD,ROBERT C | 01277874 | 13287.84641 |
| BITNER,AARON M | 01310091 | 5488.65566 |
| BLASDELL,SARAH V | 01089708 | 147.5875373 |
| BLASDELL,STEPHEN E | 01236222 | 5801.36864 |
| BLOUNT,NATHAN M | 01332197 | 9717.299897 |
| BOARDMAN,ALBERT L | 01246251 | 24.70075159 |
| BOARDMAN,RON A | 01338505 | $27.14 |
| BOELKINS,LINDA J | 01236189 | 8294.48865 |
| BOELKINS,NATHAN R | 01332225 | $30.00 |
| BOELKINS,RANDALL RAY | 01073965 | 10380.31224 |
| BOGGS,JOEL D | 01045719 | 6.405337983 |
| BORGMAN,,RAYMOND S | 01310062 | $30.00 |
| BORGMAN,RAYMOND SIDNEY | 01076333 | 9400.471803 |
| BORGMAN,RYNE J | 01041063 | 223.5355038 |
| BORMANN,BRADLEY PAUL | 01332263 | 1108.315364 |
| BOSTIC,RANDALL WAYNE | 01332246 | 11385.452 |
| BOWEN,BRAD D | 01094303 | 6346.550035 |
| BRACKEMEYER,JOHN R | 01246253 | 10697.52446 |
| BRACKEMEYER,KATIE LYNN | 01041059 | 127.0477049 |
| BRADLEY,ADAM MICHAEL | 01041061 | 322.3121379 |
| BRADLEY,KEITH R | 01338506 | 8252.894726 |
| BRADOUR,BRIAN G | 01045718 | 172.0186672 |
| BRADOUR,JAMES JAY | 01099241 | 6245.885701 |
| BREWER,CHARLES R | 01259657 | $10.71 |
| BRKLJACK,KATHY J | 01310084 | 11672.78688 |

1

| | | |
|---|---|---|
| BRODERSEN,TOM LEE | 01223331 | 13163.60527 |
| BRODERSON,EVAN L | 01127931 | 4.288963512 |
| BROWN,BRIAN CHARLES | 01001369 | 4072.987827 |
| BROWN,ERIC C | 01127874 | 2886.102538 |
| BROWN,JAMES JACOB | 01080979 | 13185.07056 |
| BROWN,MAURICE EDWIN | 01042891 | 3533.098583 |
| BRUNER,DEAN RICHARD | 01246219 | 10911.40008 |
| BRUNER,PAUL R | 01076271 | $381.43 |
| BUIS,LYLE DALE | 01001365 | 13442.69291 |
| BULL,STEVEN KELL | 01076265 | 1355.218432 |
| BURGESS,MARK A | 01121233 | 5477.051862 |
| BURGGRAF,JAY J | 01332236 | 11470.23468 |
| BURKHOLDER,DARYL A | 01332254 | 5231.494821 |
| BUSH,CARRIE B | 01094283 | 5196.61021 |
| BUSH,JOSHUA M | 01310081 | 12350.06176 |
| CADOGAN,DANIEL L | 01018157 | 1525.906341 |
| CALSYN,RODGER ALPHONSE | 01076340 | 10741.7223 |
| CARLSON,MATHEW D | 01338507 | $25.36 |
| CARROLL,ROBERT LEE | 01080953 | 5293.575139 |
| CAVANAUGH,DEAN L | 01240191 | 11336.69766 |
| CAVEN,RUTH A | 01277783 | 9502.835413 |
| CHANCE,RICHARD P | 01310092 | 9585.930958 |
| CHAPMAN,JODI L | 01113763 | 4112.543452 |
| CHARNOSKI,GARY B | 01332259 | 12505.23167 |
| CHASE,JACK E | 01099230 | $24.64 |
| CHURCH,KEVIN D | 01277870 | 8658.890927 |
| CHURCH,TIMOTHY L | 01240189 | $315.00 |
| CLEARY,DAVID WILLIAM | 01240192 | 7537.715959 |
| CLEARY,RYAN W | 01338508 | $25.36 |
| COLEMAN,MICHAEL J | 01332241 | 4727.879937 |
| COLLIS,JANICE F | 01236214 | 675.3885669 |
| CONNER,WILLIAM J | 01277863 | 10587.33835 |
| COX,KENNETH J | 01277842 | 12194.1215 |
| DALASKA,DAKA EDWARD | 01332247 | 11814.82444 |
| DALASKA,GARY LLOYD | 01001343 | 3768.094919 |
| DAMHOFF,ANDREW J | 01332199 | 11559.91149 |
| DAMHOFF,RODNEY K | 01310093 | 10293.79038 |
| DANNELS,PAUL DAVID | 01236203 | 3324.434609 |
| DASH,GARY A | 01236223 | $233.57 |
| DAVIS,CALVIN M | 01113787 | 3738.529525 |
| DAVIS,DANIEL J | 01128165 | 177.2771585 |

| | | |
|---|---|---|
| DAVIS,GARY F | 01277839 | 10.29351243 |
| DAVIS,KRISTINA L | 01338491 | $97.50 |
| DAVIS,MICHAEL EDWIN | 01259638 | $649.29 |
| DAVIS,RICHARD A | 01076259 | $621.79 |
| DECKER,KEVIN R | 01277866 | 9173.050901 |
| DECKER,RONALD JOHN | 01259639 | 13761.44757 |
| DEELSNYDER,WARREN JAY | 01080632 | 16290.55531 |
| DELLIT,TERRY M | 01246242 | 10684.49344 |
| DELLIT,THOMAS M | 01091525 | 49.6492637 |
| DESHANE,JAMES M | 01332201 | 12571.41357 |
| DESHAZIER,RANDALL G | 01070432 | $347.14 |
| DETTMAN,RICKY LYNN | 01067744 | 11305.75709 |
| DEWALSCHE,CHERYL JEAN | 01070632 | 3293.81363 |
| DEWALSCHE,KEVIN A | 01116502 | 126.5126255 |
| DEWITTE,MARK S | 01130668 | 2454.407256 |
| DICKAU,ROBERT FAY | 01277816 | 14207.12085 |
| DIETRICH,DONALD O | 01113748 | 4381.288657 |
| DONNA,MARK JOHN | 01332275 | 13139.13007 |
| DORNBUSH,CHARLES ANDREW | 01076280 | $650.00 |
| DOWNEY,JOHN L | 01215726 | $338.21 |
| DRISCOLL,RONALD F | 01332202 | 5467.011316 |
| DRURY,DOUGLAS D | 01332242 | 5007.469002 |
| DRURY,JEREMY L | 01310100 | 8762.948607 |
| DUNCAN,GREGORY P | 01338499 | 10985.58597 |
| DUNK,RANDY E | 01240194 | 3808.24392 |
| DYSON,MICHAEL A | 01310086 | 10699.86882 |
| EDFORS,TROY D | 01338494 | $146.43 |
| EISSENS,KENNETH LEE | 01215739 | 4349.046825 |
| EIZENGA,DALE A | 01277871 | 2381.101375 |
| EIZENGA,RANDY JON | 01018181 | 13954.27222 |
| ELGERSMA,JACOB GEORG | 01001353 | 1960.833266 |
| ELLIS,GARY ELDON | 01001321 | 10502.94571 |
| ELLIS,GARY W | 01277824 | 1016.996877 |
| ENGERBRETSON,TRISH K | 01332215 | $29.64 |
| ENSLOW,RANDALL DALE | 01240186 | $518.21 |
| ERNST,PAT J | 01332226 | $28.57 |
| ERPS,KEVIN P | 01113741 | 4643.824927 |
| FENZEL,ARNOLD A | 01246256 | 3848.97901 |
| FIDLAR,CHARLES E. | 01076298 | $609.64 |
| FIDLAR,DAVID J | 01018176 | 2251.498683 |
| FLACK,TERRY A | 01049158 | 7461.948782 |

| | | |
|---|---|---|
| FLIKKEMA,JAY H | 01094308 | 5622.924508 |
| FRAHM,MICHAEL JOHN | 01332251 | 11019.0954 |
| FRANZEN,DONALD DAYTON | 01240199 | 8914.694635 |
| FRANZEN,TODD R | 01332264 | $84.64 |
| FRASIER,BRIAN PAUL | 01080754 | 10430.32967 |
| FRAZIER,TERRY L | 01240180 | 10266.71404 |
| FRAZIER,WILLIAM L | 01041065 | 155.244517 |
| GABEL,RANDALL J | 01240198 | 12948.89892 |
| GALLENTINE,BRADY G | 01116499 | 131.5608327 |
| GALLENTINE,MERLE EDWARD | 01236220 | 12135.08926 |
| GARCIA,RAY A | 01114050 | 4743.552698 |
| GATZ,DAVID LEE | 01259632 | 2748.704412 |
| GEERTS,GREGORY LEE | 01277813 | 11774.49674 |
| GEIGER,JEREMY M | 01310094 | 11650.23339 |
| GILBERT,ADRIANE L | 01338509 | $25.36 |
| GONZALES,MELISSA A | 01310071 | 10401.14355 |
| GOODMAN,DALE R | 01094304 | 6070.646842 |
| GOODWIN,ROY Y | 01236219 | 15069.75112 |
| GORDON,DONALD L | 01067782 | 6596.97727 |
| GRANT,BENJAMIN R | 01338492 | 9985.891379 |
| GUIDEBECK,JAMES R | 01240196 | $52.50 |
| GUILLIAMS,JULIE M | 01223325 | 7531.386268 |
| HABERKORN,ADAM EDWARD | 01041071 | 154.9204157 |
| HABERKORN,CHAD J | 01128400 | 46.82118501 |
| HAGEMEIER,KEVIN E | 01259656 | 13532.93673 |
| HAGER,JOHN J | 01338493 | $17.50 |
| HAHN,ANDRE M | 01338510 | $25.36 |
| HAHN,ANDRE MICHAEL | 01061005 | 14102.16443 |
| HAMSTRA,ADAM C | 01127868 | 2706.250613 |
| HAMSTRA,KEVIN C | 01332277 | 11642.38764 |
| HANS,RONALD D | 01277787 | 12094.37846 |
| HANSON,AARON N | 01338511 | $25.00 |
| HANSON,LEONARD DALE | 01061009 | 3752.726133 |
| HANSON,TARA M | 01338512 | $21.79 |
| HARDISON,THOMAS J | 01246248 | $157.86 |
| HARMON,JEFFREY A | 01310053 | $390.00 |
| HARTMAN,DOUG E | 01117295 | 2780.824446 |
| HARTMAN,NICHOLAS J | 01094307 | 6204.83692 |
| HAYEN,GREGORY D | 01223327 | 10434.82233 |
| HAYES,WILLIAM D | 01332203 | $195.00 |
| HEAD,GAIL A | 01277877 | $649.64 |

| | | |
|---|---|---:|
| HEDEEN,CHUCK D | 01076326 | $518.21 |
| HEDEEN,JARED R | 01310095 | 4159.332019 |
| HEEREN,NATALIE N | 01025921 | $98.57 |
| HEIM,DARRELL J | 01310082 | 12008.34414 |
| HEPPNER,MARK W | 01277819 | 8867.047929 |
| HERRON,LINDA BERNICE | 01080726 | 5932.502658 |
| HINDE,PATRICK J | 01236232 | 4213.867786 |
| HIXSON,MICHAEL K | 01332191 | $106.07 |
| HODGE,LENNA E | 01246244 | 10794.78782 |
| HOESE,JEREMY ARTHUR | 01332266 | 6854.96259 |
| HOLCOMB,BRIAN D | 01277812 | 5869.820289 |
| HOLCOMB,KATHERINE R | 01332271 | 11728.79464 |
| HOLMES,RONALD GEORGE | 01042949 | 3907.442858 |
| HOOGHEEM,DAVID M | 01310096 | 11981.35143 |
| HOOGHEEM,RONALD LEE | 01236190 | 3246.738439 |
| HOOK,ANDY W | 01338513 | $25.36 |
| HOPSON,LARRY GENE | 01018138 | 4632.674663 |
| HORNER,TIMOTHY P | 01277802 | 13018.60048 |
| HOUSEMAN,MICHAEL R | 01277859 | 12898.85928 |
| HOUSENGA,MICHAEL J | 01076327 | $181.79 |
| HOUZENGA,ANDREW R | 01114047 | 4462.931298 |
| HOUZENGA,DWAYNE ALLEN | 01041035 | 9152.471163 |
| HOWARD,DAWN MARIE | 01332267 | $628.93 |
| HOWARD,THOMAS LEE | 01080949 | 13279.38715 |
| HOWELL,DANE A | 01240188 | 4184.051856 |
| HOWES,CHARLES DAVID | 01067734 | 826.0505554 |
| HUEBNER,DONALD J | 01127867 | 2612.710956 |
| HUISENGA,JEFFREY R | 01113756 | 4937.054006 |
| HUIZENGA,STEVE L | 01018037 | 3983.06013 |
| HUMLICK,RON L | 01041036 | 9894.863681 |
| HUMPHREY,HOLLY M | 01332185 | $124.29 |
| HUTCHCRAFT,TODD E | 01332204 | 12662.8483 |
| ISENHOUR,ERIK F | 01128164 | 202.2961123 |
| JACKSON,GARY J | 01310012 | 11756.04066 |
| JACOBSEN,ADAM LEE | 01332269 | 11591.03563 |
| JENKINS,RICHARD W | 01310049 | 12523.30153 |
| JENNINGS,CHARLES WAYNE | 01332273 | 12017.72677 |
| JETTER,NICOLLETTE DI | 01332248 | 6350.625244 |
| JETTER,VINSON H | 01001370 | $259.64 |
| JOHNSON,JAMES | 01076242 | 3201.961104 |
| JOHNSON,KYLEE J | 01127864 | 583.8556313 |

| | | |
|---|---|---|
| JONES,CARROLL MARK | 01041038 | 9310.164831 |
| KAGEMANN,NATHAN R | 01130667 | 2434.25121 |
| KAUP,BRADLEY J | 01113802 | 434.8217833 |
| KELLY,MICHAEL ALVIN | 01076264 | 2236.337058 |
| KENNEAVY,KEVIN P | 01114009 | 4064.632329 |
| KENWORTHY,RONALD CARLYLE | 01076345 | $650.00 |
| KIMMER,RANDALL R | 01236200 | 3741.427698 |
| KINDELSPERGER,ARON D | 01089780 | 305.3124354 |
| KINDELSPERGER,KURT D | 01240203 | 1697.081095 |
| KING,GERALD R | 01246249 | 11132.25499 |
| KING,JEREMY R | 01338514 | $26.79 |
| KIRK,WILLIAM PATRICK | 01049455 | 1854.934385 |
| KLIMSTRA,JOSHUA A | 01332216 | 6105.897888 |
| KLIMSTRA,ROBERT A | 01080690 | 1755.701788 |
| KNUDSEN,DOREEN S | 01277843 | 11297.13614 |
| KOH,ALEXANDER S | 01049456 | $427.14 |
| KRAMER,COLE T | 01130675 | 2004.292681 |
| KRICK,EDWARD ALAN | 01240197 | 3284.923747 |
| KRICK,MICHAEL J | 01310073 | 10645.1193 |
| KROGMAN,BRIAN J | 01332262 | 11704.4565 |
| KRUSE,WILLIAM DANIEL | 01001329 | 11733.95493 |
| KUNAVICH,ANTON R | 01116503 | 167.0613749 |
| KUNAVICH,NATALIE H | 01310070 | $30.00 |
| KUNAVICH,ROBERT LEE | 01056657 | 2388.77154 |
| LANGE,EDWIN F | 01236209 | 3453.633042 |
| LANGREHR,ALLAN LEE | 01018164 | 4687.994311 |
| LAW,SCOTT E | 01332206 | 8246.096233 |
| LAWRENCE,THERESA | 01332231 | 9220.534516 |
| LEFFLER,KEITH R | 01277857 | 4775.855256 |
| LEGLER,DAVID W | 01018080 | 1182.728187 |
| LEIBENGOOD,GEORGE A | 01310090 | 4645.489503 |
| LEONARD,GEORGE EMIL | 01101559 | $649.64 |
| LEONARD,SARA M | 01332281 | $27.86 |
| LIND,KENNETH WILLIAM | 01332276 | 11442.60695 |
| LOHFF,GARY E | 01277837 | 3806.06682 |
| LONGUEVILLE,WILLIAM JOSEPH | 01049452 | 5428.094871 |
| LORENZEN,JACE R | 01104826 | 5763.984909 |
| LUCKE,JAMES LEE | 01332265 | 11641.47398 |
| LUEDERS,BARBARA J | 01277838 | 8329.4208 |
| LUEDERS,GLEN E | 01277868 | 12576.32436 |

6

| | | |
|---|---|---|
| MANGELSEN,ROBERT HENRY | 01016129 | 2951.578285 |
| MARCUM,JOHN FREDERICK | 01076313 | 8842.695568 |
| MARSDEN,STEPHANIE | 01029151 | $64.29 |
| MARTIN,ALAN D | 01332208 | 11500.70228 |
| MARTIN,PATTY J | 01094289 | 4817.442587 |
| MASON,RICK E | 01310087 | 12568.7576 |
| MATYASSE,MATT P | 01049171 | 8122.64973 |
| MCBRIDE,DENNIS LAMONT | 01076301 | 3140.418989 |
| MCCULLOUGH,BEN MICHAEL | 01001294 | 5046.626961 |
| MCCULLOUGH,JOHN A | 01043009 | 12813.26843 |
| MCDERMOTT,KELLY L | 01114054 | 4665.440818 |
| MCEVOY,ROBERT C | 01121227 | 3070.811471 |
| MEINSMA,JEFFREY A | 01310079 | 11915.48253 |
| MEINSMA,JENNIFER P | 01332279 | $27.86 |
| MELTON,JAMES DARRELL | 01332272 | 10621.94016 |
| MENDOZA,MITCHEL D | 01332232 | 10956.24647 |
| MENDOZA,RAUL | 01236216 | 5558.060528 |
| MEURS,JOHN R | 01043031 | 3729.767339 |
| MEYER,LUTZ | 01246254 | 15139.36558 |
| MEYER,TRENT E | 01094301 | 5880.759228 |
| MICHAELSEN,JOSEPH M | 01310050 | 11348.9448 |
| MIENSMA,CORY E | 01130674 | 2006.726217 |
| MILLER,ROBERT ALAN | 01259635 | 12967.83698 |
| MINER,SCOTT W | 01332193 | 5428.71566 |
| MIRFIELD,MARTIN W | 01310000 | 15282.08674 |
| MITCHELL,JOSHUA A | 01121934 | 3565.066282 |
| MITTON,WILLIAM EARL | 01067767 | 3391.174837 |
| MOOMAW,LEO T | 01310060 | $65.71 |
| MORENO,JOSE L | 01236196 | 3753.845219 |
| MORRISSEY,JEFFREY P | 01130669 | 2248.351014 |
| MULHOLLAND,ROBERT JA | 01277808 | $460.71 |
| MUSSMANN,EUGENE ROBERT | 01259637 | 7625.868734 |
| MYERS,STEVE L | 01332194 | 11831.7478 |
| MYLI,JOEL E | 01338502 | 11635.29072 |
| NAFTZGER,KEVIN W | 01236221 | 4738.952819 |
| NEIDERHISER,RALPH D | 01022927 | 11033.59009 |
| NICOL,BRYAN L | 01130666 | 2323.839548 |
| NIELSEN,CONNIE SUE | 01080988 | 8321.781518 |
| NIELSEN,RANDY E | 01018099 | 6213.326361 |
| NIER,TOM G | 01236210 | 3802.386154 |
| NISSEN,ERIC L | 01338496 | 11573.04974 |

| | | |
|---|---|---|
| NIXON,EUGENE S | 01080695 | 5943.192449 |
| NORMAN,A KEITH | 01277820 | 11960.79182 |
| NORMAN,ADAM H | 01127865 | 2801.954184 |
| O'CONNELL,THOMAS MICHAEL | 01277817 | 12892.86965 |
| OHRT,SUSAN ELAINE | 01240195 | 5562.521259 |
| ONEY,LESLIE G | 01240193 | 8690.159414 |
| OTTENS,EMILY A | 01332282 | $27.86 |
| OTTENS,THOMAS G | 01113427 | 55.33908042 |
| OUTZEN,MICHAEL DEAN | 01277821 | 12331.64732 |
| PARKER,SHERRY LYNN | 01236187 | 12301.39972 |
| PATTERSON,WILLIAM JOSEPH | 01042899 | 4443.598691 |
| PELL,ROGER I | 01041040 | 9795.209822 |
| PESSMAN,ERIC T | 01130671 | 2406.415975 |
| PESSMAN,LAVERNE | 01049464 | $649.29 |
| PETERS,BRYSON L | 01089804 | 57.8107865 |
| PETERS,ERIC D | 01332196 | 12551.31617 |
| PETERSEN,CARRIE J | 01332220 | $56.79 |
| PETERSEN,CLINT A | 01277807 | 2891.920399 |
| PETERSEN,HARRY O | 01049172 | 7119.24984 |
| PETERSEN,SHAWN A | 01310076 | 11423.45583 |
| PFISTER,ANDREW | 01067770 | 1749.372791 |
| PHILLIPS,MICHAEL DAVID | 01041046 | 9686.133082 |
| PHILLIPS,SCOTT A | 01332209 | 12552.82528 |
| PIERSOL,JOHN F | 01215744 | 7893.597912 |
| POLENSKE,H.SCOTT | 01310089 | 12344.38686 |
| POLENSKE,HAROLD OTTO | 01076240 | 13546.80125 |
| POLENSKE,KRISTY LYNN | 01041039 | 7979.869233 |
| POLISE,VINCENT M | 01236191 | 10698.69942 |
| POPE,DAVID L | 01332186 | 12456.26878 |
| PRESTLEY,JAMES R | 01001367 | $24.64 |
| PRESTON,JAMES STEWART | 01076293 | 6582.030788 |
| PRICE,KEITH L | 01042922 | 14334.49959 |
| PRICE,SCOTT A | 01310075 | 4290.143324 |
| PUCKETT,PAUL E | 01041392 | 5329.432401 |
| QUALMAN,CURTIS C | 01130673 | 2218.564232 |
| QUICK,DANIEL R | 01332260 | 12814.60058 |
| RABE,KARA A | 01338515 | $25.36 |
| RATCLIFF,MARILYN MARTHA | 01061015 | 2715.038824 |
| RAY,DAVID LEE | 01236205 | 14824.10351 |
| READY,RICHARD L | 01018203 | 1124.71822 |

| | | |
|---|---|---|
| REED,LARRY R | 01240184 | 4119.915195 |
| REEDY,DUANE W | 01246258 | 3186.036419 |
| REILING,CHAD N | 01127870 | 2901.90022 |
| RENKES,RANDALL L | 01310080 | $511.07 |
| RENTZ,EDWARD A | 01310097 | 7540.56347 |
| REUSCHE,RICHARD R | 01277867 | $618.21 |
| RICHARDS,JEREMY J | 01113766 | 5604.687391 |
| RIOJAS,AARON J.R. | 01045727 | 170.3582553 |
| RIOJAS,LOUIS A | 01277860 | $226.43 |
| RIOJAS,RICHARD J | 01236217 | 2253.101492 |
| ROBERTSON,JEFFREY S | 01277810 | 4797.974128 |
| ROGERS,LON ANDREW | 01061017 | 3235.842181 |
| ROGERS,SCOTT B | 01310033 | 10139.46369 |
| ROTH,WILLIAM JOHN | 01101533 | 999.9482466 |
| RUARK,MICHAEL T | 01332212 | $108.21 |
| RUIZ,HENRY VELASQUEZ | 01099249 | 14830.60497 |
| RUIZ,RITA J | 01332280 | $27.86 |
| RYAN,JOHN P | 01332278 | $53.21 |
| RYDER,JAMES E | 01332230 | 13095.93229 |
| SADDORIS,JERRY DEAN | 01001340 | 3651.671768 |
| SAGER,DANIEL W | 01332243 | $13.21 |
| SANQUIST,CHARLES R | 01332211 | 10026.9877 |
| SCHMIDT,RONALD E | 01310088 | 12474.05132 |
| SCHRADER,STEPHEN JOSEPH | 01240201 | 11554.96982 |
| SCHRADER,TYLER C | 01128166 | 61.11773005 |
| SCHROEDER,ARLYN G | 01240190 | 1547.95078 |
| SCHROEDER,DAVID A | 01332238 | 5915.128886 |
| SCHROEDER,ELLSWORTH KENT | 01042904 | 9374.545435 |
| SCHROEDER,WAYNE P | 01067794 | $392.50 |
| SCHUELLER,KRISTOPHER D | 01094256 | 6278.897881 |
| SCHULTZ,ROBERT W. | 01073872 | 8749.680581 |
| SCHULTZ,RODNEY GENE | 01332270 | 11084.17591 |
| SCHUTTS,CHAD M | 01310085 | 12274.08568 |
| SEAMSTERIII,ANDREW F | 01332268 | 12370.93471 |
| SEXTON,DARRYL LEWIS | 01076321 | $650.36 |
| SEXTON,MIKE D | 01310045 | $512.50 |
| SHAFFER,JIM DAVID | 01223323 | 10024.50073 |
| SHAFFER,KATHRYN M | 01045715 | 187.7504188 |
| SHARP,BRUCE E | 01332207 | 11552.65496 |
| SHEPARD,THOMAS F | 01049173 | 6992.330179 |
| SHIVELY,BARRY JAMES | 01332261 | 11340.46751 |

9

| | | |
|---|---|---|
| SHIVERS,CURTIS E | 01049458 | 4175.420837 |
| SHORT,LLOYD R | 01094300 | 6173.368212 |
| SHORT,PATRICK W | 01127871 | 2642.09105 |
| SHORT,WAYNE R | 01067783 | 12482.479 |
| SIBLEY,WILLIAM M | 01094309 | 8058.428401 |
| SIKKEMA,BO C | 01089808 | 371.3007069 |
| SIKKEMA,JEFFREY J | 01259633 | 13247.2005 |
| SIKKEMA,KURT R | 01338517 | $25.36 |
| SMALLEY,CHRISTIAN T | 01332283 | $27.86 |
| SMALLEY,MAHLON CROSS | 01016150 | 9557.963515 |
| SMITH,BRADLEY S | 01338497 | 10339.28844 |
| SMITH,CLAYTON WILBUR | 01070590 | 3709.00473 |
| SMITHER,DAVID R | 01121935 | 3990.995753 |
| SMITHER,ROBERT JAMES | 01070650 | 4320.146637 |
| SNYDER,KELVIN ARTEMUS | 01240205 | 4238.655636 |
| SNYDER,RANDY CLARK | 01056715 | 4166.562184 |
| SOLIZ,AREANA | 01114044 | 4355.270333 |
| SPARKS,ALAN M | 01310077 | 12082.76182 |
| SPOONER,SETH M | 01114026 | 4926.096329 |
| SPRINGER,KENNETH J | 01277822 | $215.71 |
| ST ORES,LARRY EDWARD | 01246245 | 81.40008582 |
| STAHL,DAVE ALLEN | 01042798 | 3460.076897 |
| STAHL,LINDSEY A | 01338489 | $27.86 |
| STERN,DAVID ALLEN | 01080612 | 13948.29474 |
| STEVENSON,DANIEL J | 01338495 | $146.79 |
| STEWARD,DEREK W | 01127866 | 2965.14994 |
| STOKES,DARYL D | 01338518 | 2336.570066 |
| STONE,JASON KEITH | 01332250 | 11556.64098 |
| STORES,KURT A | 01089809 | 2798.753424 |
| STUART,GORDON JAY | 01080867 | 15475.09773 |
| SUMMAGE,REDELL KEITH | 01332244 | 10935.24165 |
| SUTTON,MICHAEL L | 01113795 | 4854.416506 |
| SWAIM,DAVE L | 01049174 | 4193.964705 |
| SWANSON,CHARLES JOHN | 01061034 | 9217.469434 |
| SWANSON,JENNA L | 01116500 | 171.9339983 |
| SWANSON,WILLIAM GENE | 01042883 | 8124.859796 |
| SWEENIE,DONALD M | 01332229 | 11364.48501 |
| SZABO,ANTHONY W | 01332228 | $57.14 |
| TACK,CRAIG ROBERT | 01332258 | 11428.18236 |
| TAGUE,CHARLES E | 01277806 | 3924.920384 |
| TEMPLE,RONNIE JOE | 01073952 | 12798.4604 |

| | | |
|---|---|---|
| TEMPLE,STEVEN JOHN | 01018189 | 4090.372356 |
| THARP,RICHARD D | 01332200 | 12806.8742 |
| THEDE,JERRY DAVID | 01001344 | 2623.780716 |
| THEDE,REBECCA J | 01332284 | $102.50 |
| THOMAS,STEVEN M | 01223324 | $272.50 |
| THOMPSON,RAY EDWIN | 01223348 | 12043.14408 |
| THOMS,MARK R | 01277869 | 8648.804575 |
| TODTZ,JASON A | 01127872 | 2688.682519 |
| TODTZ,MARK A | 01332189 | 8131.673557 |
| TROUTMAN,KIPP A | 01310098 | 12041.68008 |
| TUCKER,JOHN C | 01236188 | 8820.914851 |
| TURNEY,ANGELA J | 01112367 | 4620.314398 |
| TURNEY,RICHARD ALLEN | 01080722 | 4050.248686 |
| TURNEY,WHITNEY N | 01113452 | 39.67707653 |
| TWIGG,CHERIE L | 01332187 | 10832.23782 |
| UNDERWOOD,CHRISTOPHER M | 01114027 | 4441.548941 |
| VANDERLEEST,JOHN ARNOLD | 01056703 | 3248.86904 |
| VANDREW,BRUCE LYN | 01067775 | 5821.697494 |
| VANDREW,BRYNT L | 01045725 | 169.4737433 |
| VANKAMPEN,ROGER | 01076331 | 1338.018161 |
| VANOOSTEN,JEFFREY TODD | 01041055 | 9186.692303 |
| VANZUIDEN,DANNY A | 01310054 | 9941.574866 |
| VANZUIDEN,JAMES R | 01310083 | 11595.95961 |
| VANZUIDEN,RANDY LEWIS | 01018052 | 8111.034829 |
| VANZUIDEN,WILLIAM A | 01104806 | 1322.264202 |
| VARNER,KENNETH E | 01223334 | $256.43 |
| VENEMA,BRIAN R | 01338504 | 11320.43777 |
| VERBECKMOES,TROY SCOTT | 01332244 | 12051.99025 |
| VOGEL,JAMES D | 01338500 | 10477.91912 |
| VOIGT,JULIE K | 01277862 | $242.14 |
| VOSS,STEVEN ALAN | 01080957 | 2946.016166 |
| WAINWRIGHT,ADAM B | 01332198 | 10452.88629 |
| WALDORF,DAVID CHARLES | 01332255 | $533.93 |
| WELCH,STEVEN LEE | 01332274 | 9752.757758 |
| WELLS,ROBERT M | 01018085 | 15268.51023 |
| WENDEL,STEPHEN W | 01246257 | 10108.95444 |
| WENDL,FREDRIC RAYMOND | 01076299 | 12173.41233 |
| WERNER,STEVEN D | 01277809 | 8006.609671 |
| WEST,DONALD LAVERNE | 01112372 | 8479.76528 |
| WEST,LARRY WAYNE | 01070434 | 4423.835452 |
| WEST,THOMAS OWEN | 01070479 | 5987.410413 |

| | | |
|---|---|---|
| WESTLIN,STEVE T | 01114013 | 4804.44557 |
| WHALEN,JASON B | 01130676 | 2273.199242 |
| WHEAT,STEVEN L | 01080996 | 12104.32289 |
| WHITE,DOROTHY C | 01215730 | $409.29 |
| WHITE,JAMES T | 01113745 | 4700.258457 |
| WHITE,STEVEN LEE | 01277818 | 10927.89906 |
| WHITMORE,BRUCE ALAN | 01073867 | 4033.737912 |
| WICKES,BRADLEY E | 01113794 | 356.1553912 |
| WICKES,THOMAS S | 01018082 | 14588.12724 |
| WIEBENGA,HARLAN P | 01223328 | $435.71 |
| WIERSEMA,ANDREW J | 01127873 | 2912.512976 |
| WIERSEMA,JEFFREY L | 01049175 | 8641.858606 |
| WIERSEMA,KEVIN R | 01332190 | 11471.19831 |
| WIERSEMA,TROY W | 01332195 | 9540.163969 |
| WILKE,RICHARD THOMAS | 01332245 | 4291.467837 |
| WILKINS,COREY S | 01332188 | 4153.688354 |
| WILLIAMS,ROGER L | 01277786 | 11443.37799 |
| WILSON,JAMES DUANE | 01080606 | 4129.011892 |
| WOLF,JAY R | 01049177 | 8133.252076 |
| WRIGHT,STEVEN P | 01114025 | 4965.404888 |
| YOUNG,LARRY J | 01338498 | $194.64 |
| ZIEGLER,WILLIE J | 01127875 | 2742.914311 |
| ZINK,WILLIAM D | 01277873 | 10603.88348 |
| ZOBRIST,DONALD HARRY | 01076284 | 2445.713083 |
| ZUBROD,KIPP ALAN | 01070476 | 3672.349014 |
| ZUIDEMA,BETH E | 01310072 | 14633.0576 |
| ZUIDEMA,MYRON A | 01332237 | 4654.199986 |
| ZUIDEMA,TODD H | 01310099 | 7213.336027 |
| **Total** | | **$2,785,870.12** |